**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SHAWN E. LANDIS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:14-70501 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/15/2014 and confirmed on 10/31/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,634.66 |
| Less Refunds to Debtor | 2,207.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 30,427.26 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 7,536.65 | |
|     Trustee Fee | 1,171.80 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,708.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 14,263.96 | 0.00 | 14,263.96 |
|   Acct: 8213 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 13,951.92 | 0.00 | 0.00 | 0.00 |
|   Acct: 8213 | | | | |
| REGIONAL ACCEPTANCE CORP | 16,564.27 | 6,428.79 | 1,026.06 | 7,454.85 |
|   Acct: 9372 | | | | |
| | | | | 21,718.81 |
| **Priority** | | | | |
| MATTHEW M HERRON ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SHAWN E. LANDIS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SHAWN E. LANDIS | 553.37 | 553.37 | 0.00 | 0.00 |
|   Acct: | | | | |
| SHAWN E. LANDIS | 1,228.40 | 1,228.40 | 0.00 | 0.00 |
|   Acct: | | | | |
| SHAWN E. LANDIS | 425.63 | 425.63 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Priority | | | | |
| THE DEBT DOCTORS LLC** | 2,810.00 | 2,775.85 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW M HERRON ESQ** | 3,385.61 | 3,293.43 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX6-14 | | | | |
| THE DEBT DOCTORS AT QUATRINI RAFFEI | 1,637.55 | 1,467.37 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX3-15 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8213 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                          21,718.81

TOTAL CLAIMED
PRIORITY        0.00
SECURED     30,516.19
UNSECURED       0.00


Date: 07/24/2017                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com